135 F.3d 147
 In re St. George Island, Ltd.; St. George Island, Ltd.
v.
Leisure Properties, Ltd., Gene D. Brown, as a general
partner and limited partner of Leisure Properties, Ltd.,
Leisure Development, Inc., a Florida Corporation, as General
Partner of Leisure Properties, ltd., St. George's
Plantation, Inc., a Florida Corporation, General Partner of
Leisure Properties, Ltd., Fleet Finance and Mortgage, Inc.
 NO. 95-2895
 United States Court of Appeals,
Eleventh Circuit.
 Jan 06, 1998
 N.D.Fla., 131 F.3d 154
 
 1
 DENIALS OF REHEARING EN BANC.